United States District Court
Southern District of Texas

**ENTERED**

July 28, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DAI YONGZHENG<br>    "Petitioner," | §<br>§<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:26-cv-00477 |
| TODD BLANCHE, *et al.*<br>    "Respondents" | §<br>§<br>§ | |

## ORDER

Before the Court is Petitioner's "Motion for Temporary Restraining Order" ("TRO") (Dkt. No. 10). It is **ORDERED** that Respondents shall file a response to Petitioner's TRO (Dkt. No. 10) by **August 7, 2026, at 5:00 p.m. CST**.

SIGNED this July 28, 2026

_____
Rolando Olvera
United States District Judge

1 / 1