United States District Court
Southern District of Texas
**ENTERED**
September 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DAI YONGZHENG, "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00477 |
| | § | |
| TODD BLANCHE, *et al.*, "Respondents." | § | |

## ORDER

Before this Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), "Emergency Motion for Temporary Restraining Order or Preliminary Injunction" (Dkt. No. 10) ("TRO"), and Respondents' "Response to Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Motion to Dismiss as Moot" (Dkt. No.12) ("MTD"). By their MTD, Respondents notify the Court that Petitioner was removed from the United States on June 23,2026. (Dkt. No. 12 at 1). For this reason, Respondents' MTD (Dkt. No. 12) is **GRANTED**, Petitioner's Petition (Dkt. No. 1) is **DISMISSED** as moot, and Petitioner's TRO (Dkt. No. 10) is **DENIED** as moot.

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner's removal from the United States renders his Petition moot because he is no longer in detention. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Respondents' MTD (Dkt. No. 12) is **GRANTED**, Petitioner's Petition (Dkt. No. 1) is **DISMISSED** as moot, and Petitioner's TRO (Dkt. No. 10) is **DENIED** as moot. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this September 10, 2026

Rolando Olvera
United States District Judge